UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS CENTENO,<br>                Petitioner,<br>      v.<br>MARK KRAMER,<br>                Respondent. | Case No. CV 06-4746 PA(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: August 18, 2009

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE